UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34152 |
|---|---|
| MARTHA A. WATTS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055559**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 2 | HSBC AUTO FINANCE<br>BOX 60130<br>CITY OF INDUSTRY, CA  91716 | 2,258.06 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/10/2011

Certificate of Service                             07-34152

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARTHA A. WATTS
899 N. OHIO STREET
GREENVILLE, OH  45331

RANDALL E BREADEN
414 WALNUT ST
GREENVILLE, OH  45331

(2.1)
HSBC AUTO FINANCE
BOX 60130
CITY OF INDUSTRY, CA  91716

(2.3)
HSBC AUTO FINANCE
BOX 829009
DALLAS, TX  75382

(10.1n)
JOE LOZANO
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv